**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| **Oscar Hernan Menijivar-Ortega,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**Antone Moniz, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-13705-NMG** |

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Oscar Hernan Menijivar-Ortega ("Menijivar-Ortega"). He contends that he is being unlawfully detained by Antone Moniz and other named respondents. While the Court disagrees that the issues presented are relevantly similar to those at issue in Celestin v. Wesling, No. 26-cv-11249, 2026 WL 1031165 (D. Mass. Apr. 16, 2026), it does agree with the parties that a bond hearing is appropriate in this case.

As such, the petition for writ of habeas corpus (Docket No. 1) is, with respect to his request for a bond hearing, **ALLOWED**. Menijivar-Ortega is to be released unless he is afforded a bond hearing that complies with the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within 14 days of the date

of this order. As to the remaining requested relief, the motion is **DENIED**.

**So ordered.**

Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: August 20, 2026